**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-08-01584-CV

**TXU PORTFOLIO MANAGEMENT COMPANY, L.P. N/K/A
LUMINANT ENERGY COMPANY, L.L.C., Appellant**

**V.**

**FPL ENERGY, LLC; FPL ENERGY PECOS WIND I, LP;
FPL ENERGY PECOS WIND II, LP; AND INDIAN MESA WIND FARM, LP, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 04-10314**

## ORDER

We **GRANT** appellees' unopposed motion to extend time to file their supplemental brief.

We **ORDER** appellees to file their supplemental brief on or before June 12, 2015. No further extensions will be granted.

/s/     DAVID EVANS
          JUSTICE